**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BLUECROSS BLUESHIELD OF TENNESSEE, INC.,<br><br>Defendant.<br><br>_____<br><br>BLUECROSS BLUESHIELD OF TENNESSEE, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY, et al.,<br><br>Counterclaim Defendants. | CASE NO. 1:14-CV-296<br><br>MCDONOUGH, J./STEGER, J.<br><br>JURY DEMAND |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company, Defendant/Counterclaim Plaintiff BlueCross BlueShield of Tennessee, Inc., and Counterclaim Defendants Travelers Casualty & Surety Company of America, Lexington Insurance Company, Illinois Union Insurance Company and Homeland

Insurance Company of New York hereby jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 9th day of May, 2018.


/s/ M. Andrew Pippenger
Steven J. Brodie, Esq.
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower
100 SE 2nd Street, Suite 4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
sbrodie@cfjblaw.com

Heidi Hudson Raschke, Esq.
CARLTON FIELDS JORDEN BURT, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
raschke@cfjblaw.com

Meredith W. Caiafa, Esq.
CARLTON FIELDS JORDEN BURT, P.A.
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309-3455
Telephone: (404) 815-3400
Facsimile: (404) 815-3415
mcaiafa@cfjblaw.com

/s/ Joann M. Lytle
Joann M. Lytle, Esq.
Nicholas M. Insua, Esq.
Jennifer Black Strutt, Esq.
MCCARTER & ENGLISH, LLP
1600 Market Street, Suite 3900
Philadelphia, PA 19103-7501
jlytle@mccarter.com
ninsua@mccarter.com
jstrutt@mccarter.com

Donald J. Aho, Esq.
MILLER & MARTIN, PLLC
832 Georgia Avenue
1000 Volunteer Building
Chattanooga, TN 37402
daho@millermartin.com

*Counsel for BlueCross BlueShield of Tennessee, Inc.*

M. Andrew Pippenger, Esq.
LEITNER, WILLIAMS, DOOLEY &
NAPOLITAN, PLLC
Tallan Building
200 W. Martin Luther King Blvd., Fifth Floor
Chattanooga, TN 37402
Telephone: (423) 265-0214
andy.pippenger@leitnerfirm.com

*Attorneys for Plaintiff Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company*

| | |
|---|---|
| /s/ Wayne E. Borgeest | /s/ John L. Williams |
| Wayne E. Borgeest, Esq. | John L. Williams, Esq. |
| Andrew E. Oldis, Esq. | Thomas M. Jones, Esq. |
| KAUFMAN BORGEEST & RYAN, LLP | COZEN O'CONNOR |
| 200 Summit Lake Drive | 999 Third Avenue, Suite 1900 |
| Valhalla, NY 10595 | Seattle, WA 98104 |
| wborgeest@kbrlaw.com | jlwilliams@cozen.com |
| | tjones@cozen.com |
| | |
| Jeffrey S. Price, Esq. | G. Andrew Rowlett, Esq. |
| MANIER & HEROD | HOWELL & FISHER PLLC |
| 150 Fourth Avenue North | 300 James Robertson Parkway |
| Suite 2200 | Court Square Building |
| Nashville, TN 37219-2492 | Nashville, TN 37201-1107 |
| jprice@manierherod.com | arowlett@howell-fisher.com |
| | |
| *Counsel for Travelers Casualty & Surety Company of America* | *Counsel for Illinois Union Insurance Company* |
| | |
| /s/ Scott R. Brown | /s/ Justine Casey |
| Scott R. Brown, Esq. | Justine Casey, Esq. |
| William L. Campbell, Jr., Esq. | SHEPPARD MULLIN RICHTER & |
| FROST, BROWN, TODD LLC | HAMPTON LLP |
| The Pinnacle at Symphony Place | 650 Town Center Drive, 4th Floor |
| 150 3rd Avenue South Suite 1900 | Costa Mesa, CA 92626-1993 |
| Nashville, TN 37201 | JCasey@sheppardmullin.com |
| srbrown@fbtlaw.com | |
| ccampbell@fbtlaw.com | |

*Counsel for Lexington Insurance Company*

Hugh J. Moore, Jr., Esq.
CHAMBLISS, BAHNER & STOPHEL, PC
Liberty Tower
605 Chestnut Street
Suite 1700
Chattanooga, TN 37450
hmoore@chamblisslaw.com

*Counsel for Homeland Insurance Company of New York*